# UNITED STATES DISTRICT COURT

for the
Middle District of Florida
Tampa Division

Christian Darnell Williamson
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Tampa Police Department
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:17cv1153T27MAP
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

FILED
2017 MAY 30 AM 9:59

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christian Darnell Williamson |
| Street Address | 2114 W Palmetto Street |
| City and County | Tampa, Hillsborough |
| State and Zip Code | Florida, 33607 |
| Telephone Number | 813-426-1864 |
| E-mail Address | WilliamsonChristian@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tampa Police Department |
| Job or Title *(if known)* | Protect and serve |
| Street Address | ~~2H~~ 411 N Franklin Street |
| City and County | Tampa |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Christian darnell Williamson, is a citizen of the State of *(name)* florida.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________, is a citizen of the State of *(name)* ____________. Or is a citizen of *(foreign nation)* ____________.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ____________

Signature of Plaintiff: Christian Darnell Williamson

Printed Name of Plaintiff: Christian Darnell Williamson

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

b. If the defendant is a corporation
The defendant, *(name)* Tampa Police Department, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida. Or is incorporated under the laws of *(foreign nation)* U.S.A United States, and has its principal place of business in *(name)* Tampa, Florida.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

illegally detained and Held

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Descrimination - Proof being illegally detained $5,000,000

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Monetary Relief of civil law

**ABSTRACT F.S**

**794.005 LEGISLATIVE FINDINGS AND INTENT AS TO BASIC CHARGE OF SEXUAL BATTERY.-**

**THE LEGISLATURE FINDS THAT THE LEAST SERIOUS BATTERY OFFENSE, WHICH IS PROVIDED IN S. 794.011 (5). WAS INTENDED, AND REMAINS INTENDED, TO SERVE AS THE BASIC CHARGE OF SEXUAL BATTERY AND TO BE NECESSARILY INCLUDED IN THE OFFENSES CHARGED UNDER SUBSECTIONS (3) AND (4) WITHIN THE MEANING OF S. 924.34; AND THAT IT WAS NEVER INTENDED THAT THE SEXUAL BATTERY OFFENSE DESCRIBED IN S. 794.011 (5) REQUIRE ANY FORCE OR VIOLENCE BEYOND THE FORCE AND VIOLENCE THAT IS INHERIT IN THE ACCOMPLISHMENT OF "PENETRATION" OR "UNION."**

**784.021 AGGRAVATED ASSAULT.-**

**(1) AN "AGGRAVATED ASSAULT" IS AN ASSAULT:**

**(A) WITH A DEADLY WEAPON WITHOUT INTENT TO KILL; OR**

**(B)WITH AN INTENT TO COMMIT A FELONY.**

**(2) WHOEVER COMMITS AN AGGRAVATED ASSUALT SHALL BE GUILTY OF A FELON OF THE THIRD DEGREE, PUNISHABLE AS PROVIDED IN S. 775.082, S. 775.083, OR S. 775.084.**

**741.28 DOMESTIC VIOLENCE; DEFINITIONS. - AS USED IN SS. 741.28-741.31:**

**(2) DOMESTIC VIOLENCE" MEANS ANY ASSAULT , AGGRAVATED ASSAULT, BATTER AGGRAVATED BATTERY,SEXUAL ASSAULT, SEXUAL BATTERY, STALKING, AGGRAVATED STALKING, KIDNAPPING, FALSE IMPRISONMENT, OR ANY CRIMINAL OFFENSE RESULTING IN PHYSICAL INJURY OR DEATH OF ONE FAMILY OR HOUSEHOLD MEMBER BY ANOTHER FAMILY OR HOUSEHOLD MEMBER.**

**397.6775**

**IMMUNITY FROM LIABILITY.- A LAW ENFORCEMENT OFFICER ACTING IN GOOD FAITH PURSUANT TO THIS PART MAY NOT BE HELD CRIMINALLY OR CIVILLY LIABLE FOR FALSE IMPRISONEMENT.**



TAMPA PD
GENERAL OFFENSE HARDCOPY
GO# 2015-583814 ARREST -PATROL 900Z-98 RESIST ARREST W/O VIOLENCE

## General Offense Information

Operational status: ARREST-PATROL
Reported on: Oct-10-2015 (Sat.) 2330
Occurred on: Oct-10-2015 (Sat.) 2330
Approved on: Oct-15-2015 (Thu.) by: 46175 - JONES, KIMBERLY
Report submitted by: 52008 - HOGAN, STEVEN D
Org unit: Squad 206
Address: MANDARINE PL N / MANGO TR E
Municipality: TAMPA
District: 2 Beat: C7 Grid: 33
Felony/Misdemeanor: MISDEMEANOR
Bias: None (no bias)
Special study: Video Available
Family violence: NO

## Offenses (Completed/Attempted)

Offense: #-1 900Z-98 RESIST ARREST W/O VIOLENCE - COMPLETED
Location: Highway/Roadway
Offender suspected of using: Not Applicable

TAMPA POLICE HEAD QUARTERS
813-276-3700



TAMPA PD
GENERAL OFFENSE HARDCOPY

GO# 2015-583834 ARREST - PATROL — 900Z-08 RESIST ARREST W/O VIOLENCE

## Related Attachment(s) - Property Record (Found/Other)

Attachment Description:
Reference Number: 15-583834

TAMPA POLICE DEPARTMENT
PROPERTY RECORD

PAGE 1 OF 1

TYPE OF OFFENSE: Fail To ID — REPORT #: 15-583834

EVIDENCE INDICATOR: ☐ Y ☐ N

PROPERTY CASE STATUS: ☐ EVIDENCE ☐ FOUND ☐ RECOVERED ☐ RELEASED ☑ PERSONAL

DATE SUBMITTED: 10-14-15 BY: Ofc. T. [illegible] ID#: [illegible] PAYROLL: [illegible]

OPC/DSO: DOB: PAYROLL:

LAB #:

RELATED PERSONS
SUSPECT: DOB:
OWNER: [illegible] [illegible] DOB: 10-3-[illegible]
VICTIM: DOB:
CLAIM: ☐ Y ☐ N FINDER: DOB:
FINDERS ADDRESS: ZIP:
ADDITIONAL RELATED PERSONS: DOB:

NOTE: FIREARMS ENTERED WITH OTHER PROPERTY ARE LISTED ON A FIREARMS SUPPLEMENT.

| PKG. # | ITEM | DESCRIPTION | NARCOTICS WEIGHT | NARCOTICS VALUE | EVIDENCE SECTION CONTROL # | EVIDENCE SECTION BIN |
|---|---|---|---|---|---|---|
| 1 | 1 | [illegible] cell phone<br>6V461794 | | | 155351[illegible]-1 | [illegible] |
| | | | | | | |

SEALED PACKAGE RECEIVED BY: [signature]
EVIDENCE TECHNICIAN PAYROLL #: [illegible]
DATA ENTRY BY PAYROLL #: [illegible]

TPD 1 (9/00)

99 [illegible]
Package Entry Type



TAMPA PD

GENERAL OFFENSE HARDCOPY

GO# 2015-583834 ARREST - PATROL 9002-98 RESIST ARREST W/O VIOLENCE

## Related Attachment(s) - Criminal Report Affidavit

Attachment Description: CDW

Reference Number:

2096134

CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR

CASE # 33

AGENCY REPORT # 15-583834 AGENCY NAME TPD [illegible] 02992

LOCATION OF OFFENSE: Manhattan St N / Mango Tr E DATE OF OFFENSE 10/10/15 TIME OF OFFENSE 2330

LOCATION OF ARREST: Manhattan St N / Mango Tr E DATE OF ARREST 10/10/15 TIME OF ARREST 2335

NAME: Williams Quinton Darnell

LOCAL ADDRESS (Street, Apt #, City, State, Zip): 7006 46th St N Tampa FL 33617

Driver's License # [illegible] STATE FL SS # [redacted] PLACE OF BIRTH: FL

N/A

| STATUTE | | | | | CHARGE | | |
|---|---|---|---|---|---|---|---|
| 843.02 | N | N | M | | Resist officer w/o Violence | — | — |

[illegible]



# TAMPA PD

## GENERAL OFFENSE HARDCOPY

GO# 2015-583834 ARREST-PATROL 9002-98 RESIST ARREST W/O VIOLENCE

2096134

Agency Report # 15-583834 [illegible] Agency Name TPD

[illegible] The Def. [illegible] by [illegible] photograph, was observed [illegible] a [illegible] light. A traffic stop was conducted. The Def. refused multiple times to provide his name [illegible] officer [illegible] that he would be arrested for failing to identify himself. The Def. obstructed and opposed officers during legal execution of a legal process, a traffic stop.

[illegible] $ 72.00

ARRESTING AGENCY

2096134

[illegible] SEE AFFIDAVIT

|  | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2015-583834 ARREST -PATROL | 900Z-98 RESIST ARREST W/O VIOLENCE |

## Related Event(s)
CP   2015-583834
AB   2015-16038757

## Related Person(s)

1. DEFENDANT # 1 - WILLIAMSON, CHRISTIAN DARNELL

(Case Specific Information)
 Sex: MALE
 Race: BLACK
 Date of birth: Oct-31-1990
 Address: 8006 46TH ST N
    Municipality: TAMPA , Florida  33617
    District: 2  Beat:   Grid: 40
 Phone Numbers
    Cellular:  (813)- 965-8517
    Home:     (813) 516-1511
    Business: (813) 233-3720

Particulars
 Place of birth: Florida
 Occupation:
 Employer:
 Citizenship: America, United States of
 Marital status: Single
 Ethnicity: Non-Hispanic
 Language(s) spoken: English
 Height: 5'09 Weight: 180 lbs.
 Disability: None Known
 Build: Large  Complexion: MEDIUM
 Eye color: BROWN
 Hair color: BLACK
 Hair style: Dreadlocks
 Facial hair color: Black
 Facial hair style: Beard Small Goatee
 Additional remarks:

Master Name Index Reference
 Name: WILLIAMSON, CHRISTIAN DARNELL
 Sex: MALE
 Race: BLACK
 Date of birth: Oct-31-1990
 Ethnicity: Non-Hispanic
 Address: 8006 46TH ST N

Municipality: TAMPA , Florida 33617-
Phone numbers
Cellular: (813) 965-8517
Home: (813) 816-1511
Business: (813) 233-3720

Charge Summary

Charge #1
Offense date: Oct-10-2015 (Sat.) 2330
Offense: RESISTING AN OFCR. ARREST WITHOUT VIOLENCE
Charge statute: MI 843.02
Docket #: 2938063183
Domestic Violence: NO
Bond: 20151011.00

Linkage factors
Resident status : City (Tampa)
Age range : 22-29 Years
Access to firearm : NO
Offense: 900Z-98 RESIST ARREST W/O VIOLENCE - COMPLETED
Arrest date: Oct-10-2015 (Sat.)
Arrest type: Taken into Custody/Booked

Offender LEOKA details

LEOKA details
Officer's experience (in years) : 0

Use of Force Details
Date occured: Oct-10-2015 (Sat.)
Location: MANDARINE PL N / MANGO TR E
Nature of contact: Arrest-
Reason: Necessary to Effect Arrest
Subject's conduct:
Refused to Comply With Verbal Commands
Subject's resistance:
Verbal Resistance
Level of force or control used:
Handcuffs
Effects of force used:
On subject:
No Visible Injury, No Complaint of Injury, No Medical Attention Required
Rendered unconscious: NO
Treatment: No Treatment Necessary
Transported to: Jail
Injury photographed: NO
On police:



TAMPA PD
GENERAL OFFENSE HARDCOPY
GO# 2015-583834 ARREST -PATROL 900Z-98 RESIST ARREST W/O VIOLENCE

No Visible Injury, No Complaint of Injury, No Medical Attention Required

Officers involved

Reporting officer: 52008 - HOGAN, STEVEN D
Date reported: Oct-11-2015 (Sun.)
Assisting officer #1: 48071 - BRICHA, GARRETT

Used force: NO
Witnessed: YES
Used force: NO
Witnessed: NO
Used force: NO
Witnessed: NO
Used force: NO
Witnessed: NO

.Responded: NO

For: 34794 Printed On: Oct-29-2015 (Thu.) Page 7 of 14



TAMPA PD

GENERAL OFFENSE HARDC

GO# 2015-583834 ARREST-PATROL 900Z-98 REL

**Related Text Page(s)**

Document: CASE SUMMARY
Author: 52008 - HOGAN, STEVEN D
Related date/time: Oct-11-2015 (Sun.)

The defendant was the subject of a traffic stop for riding a bicycle without lights at night. The defendant obstructed the investigation and opposed officers by refusing to identify himself or provide his name. The defendant was subsequently arrested.

Custody of the defendant was relinquished to the Hillsborough County Sheriff's Office at Orient Road Jail.



TAMPA PD
GENERAL OFFENSE HARDCO.
GO# 2015-583834 ARREST -PATROL 900Z-98 RESID.

**Related Text Page(s)** --

Document: INITIAL REPORT -
Author: 52008 - HOGAN, STEVEN D
Related date/time: Oct-11-2015 (Sun.)

On 10/10/15, at approximately 2329 hours, I was in a parking lot on Citrus Cr E east of Mandarine Pl N following an unrelated 911 call. At approximately 2327 hours, I observed the defendant riding northbound on 48th St N crossing Citrus Cr E on a bicycle without any lights. The defendant rode northbound across Citrus Cr E where I lost sight of him behind apartments.

At approximately 2329 hours, the defendant then crossed south over Citrus Cr E while riding the bicycle into the parking lot where I was parked along with Officer Bricha, Officer McKee, and Officer Ortiz. The defendant stepped off of the bicycle where he then walked it westbound through the parking lot. He was addressed and advised to obtain lights for his bicycle in order to ride it at night. The defendant responded by shouting, "Fuck you" as he continued walking westbound toward Mandarine Pl N where he then turned south. I lost visual sight of him as he rounded the corner of the apartments.

At this point, Officer Bricha then began to walk back toward his vehicle which was parked near Mandarine Pl N on Citrus Cr E. He then alerted me that the defendant had started to ride the bicycle again.

I got into my vehicle, turned it around, and I began to travel southbound on Mandarine Pl N. I observed that the defendant had traveled a long distance in the short amount of time that it took me to get into my vehicle. I observed that he was nearing Mango Ter E. I observed, while traveling southbound on Mandarine Pl N, that the defendant was riding his bicycle southbound. I observed the defendant riding the bicycle without any lights. I was behind Officer Bricha's vehicle as we approached the defendant. As we neared the defendant, he stepped off the bicycle where he then continued southbound while walking alongside the bicycle.

Officer Bricha approached the defendant first followed by me. The defendant immediately exhibited verbal resistance by arguing with Officer Bricha regarding the stop. I immediately then asked him for an identification card and for his name. I questioned, "Do you have an ID? Whats your name?" to which the defendant responded, "I don't know." The defendant attempted to verbally take control of the traffic stop by questioning Officer Bricha. He was asked by Officer Bricha, "Do you know what your name is?", and the defendant responded, "Yeah, but what you



pulled me for?"

I then instructed him in a clear voice, "Give me your name...not going to ask you one more time." The defendant continued to argue and withheld his name. He was asked a few more times for his name to which he ignored, and then he asked for Officer Bricha's name. I, again, asked for his name. I then informed him that he would be under arrest for obstructing the investigation for refusing to provide his name. The defendant interrupted me as I was giving him the warning by stating, "What you pulled me for?" I stated, "For no lights on your bike", and Officer Bricha stated, "I already told you."

The defendant argued further by stating, "You didn't pull me on the bike." I warned him again to provide his name by stating, "You've got about one second." The defendant responded, "Hold on, let me get your name real quick" as he began to operate his cellphone which he was holding.

At this point, due to the defendant opposing Officer Bricha and me during the lawful execution of legal duty, a traffic stop, I arrested the defendant in violation of Florida State Statute 843.02. The defendant willfully obstructed the investigation by refusing to identify himself after being asked for his name multiple times and even after being warned that he could face arrest for refusing to identify himself.

While placing the defendant into the backseat of my patrol vehicle, the defendant stated, "I wish I had my ID". I stated, "You could have just told us your name" to which he responded, "I still can." A few moments later, I asked the defendant for his name again. He responded, "I ain't telling you unless you tell me you're letting me go." The defendant the spontaneously rambled on, and he at one point spontaneously stated, "You put me in handcuffs because I didn't cooperate and tell you my name, but you ain't tell me what you pulled me for."

The defendant, approximately 5-10 minutes later, provided his name to Officer McKee. His identity was confirmed as Christian Williamson by viewing his Florida driver license photograph via my computer.

Custody of Christian Williamson was relinquished to the Hillsborough County Sheriff's Office at Orient Road Jail.

The traffic stop was recorded on TPD vehicle 16. No further action taken.

NO MIRANDA RIGHTS READ



TAMPA PD

GENERAL OFFENSE HARDCO.

GO# 2015-583834 ARREST -PATROL 900Z-93 RESIS.

## Clearance Information

Agency: TPD
Cleared status; Cleared by Arrest - Adult - Not Applicable
Cleared on: Oct-10-2015 (Sat.)
Complainant/Victim notified: NO



TAMPA PD
GENERAL OFFENSE HARDCOPY
GO# 2015-583834 ARREST -PATROL 900Z-98 RESIST ARREST W/O VIOLENCE

## Related Property Report(s)

### Report Information

Property Report #: 1552518
Property case status: OTHER
Submitted on: Oct-11-2015 (Sun.) by: MCKEE, JOEL B
Related:
Offense: GO 2015-583834
General remarks: WILLIAMSON, CHRISTIAN 103190
Related items: 1

### Bicycle

Status: OTHER
Tag #: 1552518-1
Make: GARY FISHER
Serial #: 6V461794
Value: $0.00
Description: GARY FISHER GRAY MEN'S BICYCLE
Recovered date: -
Current Location: IM PB

Type: Mountain
Model #: MARLIN
OAN:
Color: GRAY
Recovered value: $0.00

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)



TAMPA PD
GENERAL OFFENSE HARDCOPY
GO# 2015-583834 ARREST-PATROL 900Z-98 RESIST-ARREST W/O VIOLENCE

## Related Arrest Report: AB# 2015-15038757

Arrestee: WILLIAMSON, CHRISTIAN DARNELL
Date of birth: Oct-31-1990
Related CD#: 535863

## Arrest Information

Status: Incarcerated (Jail)
Type of arrest: Taken into Custody/Booked
Reason for arrest: Misdemeanor
Arrest date: Oct-10-2015 (Sat.) 2335
Rush file required: NO
Booked into cell: NO
Arrest agency: Tampa Police Department
Arresting officers: 52008 - HOGAN, STEVEN D, 48071 - BRICHA, GARRETT
Summary of facts: RESISTING OFFICER W/O VIOL,

Arrest location
Address: MANDARINE PL N / MANGO TR E
Municipality: TAMPA
District: 2 Beat: Grid: 33

SODA zone: NO Drug free zone: NO

File number: 2938063183
Case ref. #: 666462

### Additional Arrest Information

Case Screened: NO
Notify victim on release: NO
Juvenile: NO
Diversion recommended: NO
Interpreter needed: NO
Rights given: NO
Marital status: Single
Mental exam required: NO
Statement taken: NO
Fingerprinted: YES Photo taken: YES
CD updated: YES
Family notified: NO
Lawyer called: NO
Meal given: NO Coffee given: NO
Arrestee's occupation: NA
Detained: NO